APLTE.—C. D. San Juan, Disto. 2º.　Cobro de dinero.　Julio 19, 1924.

No. 3383.—ARABIA, APLTE., v. GARCÍA, APDA.—C. D. Ponce Reivindicación.　Julio 26, 1924.

No. 3320.—TORRES, APLTE., v. MUNICIPIO DE COAMO ET AL., APDOS.,—Certiorari.　Agosto 26, 1924.

No. 3234.—TORRES, APLTE., v. MUNICIPIO DE COAMO ET AL., APDOS.—Injunction.　Agosto 26, 1924.

No. 3426.—CANDELARIA, APLTE., v. DÍAZ ET AL., APDOS.—C. D. Arecibo.　Agosto 26, 1924.

No. ———.—EL PUEBLO, APDO., v. TORRES, APLTE.—C. D. Humacao.　Agosto 27, 1924.

No. 3176.—JIMÉNEZ, ADMINISTRADORA JUDICIAL, APLTE., v. CRUZ JIMÉNEZ, APLDA.—C. D. Humacao.　Oct. 16, 1924.

No. 2356.—EL PUEBLO, APDO., v. PEÑA, APLTE.—C. D. Humacao.　Oct. 16, 1924.

No. 3461.—JIMÉNEZ, ADMINISTRADORA JUDICIAL, APLTE., v. CRUZ JIMÉNEZ, APDA.—C. D. Humacao.　Oct. 17, 1924.

No. 2307.—EL PUEBLO, APDO., v. GUZMÁN, APLTES.—C. D. Humacao.　Oct. 18, 1924.

No. 3463.—BANCO COMERCIAL, APDA., v. BONNER, TESORERO, APLTE.—C. D. San Juan, Disto. 1º.　Oct. 28, 1924.

No. 3400.—PADOVANI, APDO., v. SUCN. GARCÍA POLANCO, APLTE. — C. D. Mayagüez.　Información de dominio.　Nov. 11, 1924.

No. 2385.—EL PUEBLO, APDO., v. CRUZ, APLTE.—C. D. Arecibo.　Portar armas.　Nov. 11, 1924.

No. 2387.—EL PUEBLO, APDO., v. VÁZQUEZ ET AL., APLTES. —Acometimiento y agresión.　C. D. San Juan, Disto. 1º. Nov. 12, 1924.

No. 2388.—EL PUEBLO, APDO., v. GONZÁLEZ (a) CHINO, APLTE.—C. D. Ponce.　Nov. 19, 1924.

No. 2397. — EL PUEBLO, APDO., v. SIERRA, APLTE.　Portar armas.—C. D. San Juan, Disto. 1º.　Dic. 2, 1924.

No. 3378.—FIGUEROA ET AL., APDAS., v. CANALS HERMANOS & CO., SUCRS., APLTES.—C. D. Humacao.　Dic. 4, 1924.